No. 13-1669

# UNITED STATES COURT OF APPEALS
*for the*
# FEDERAL CIRCUIT

_____

MENTOR GRAPHICS CORPORATION, an Oregon corporation,

Plaintiff-Appellant,

v.

TERESA STANEK REA, Acting Director, U.S. Patent and Trademark Office, and Acting Under Secretary of Commerce for Intellectual Property,

Defendant-Appellee,

SYNOPSYS, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 1:13-cv-518, Judge Claude M. Hilton.

**UNOPPOSED MOTION TO HOLD THE APPEAL IN ABEYANCE**

| | |
|---|---|
| Bradley C. Wright | Robert A. Long, Jr. |
| Paul M. Rivard | COVINGTON & BURLING LLP |
| BANNER & WITCOFF, LTD. | 1201 Pennsylvania Avenue, NW |
| 1100 13th Street, NW, Suite 1200 | Washington, D.C. 20004-2401 |
| Washington, DC 20005-4051 | (202) 662-6000 |
| (202) 824-3160 | rlong@cov.com |
| bwright@bannerwitcoff.com | |
| privard@bannerwitcoff.com | |

*Attorneys for Plaintiff-Appellant*
*Mentor Graphics Corporation*

# CERTIFICATE OF INTEREST

1. The full name of every party represented by me is:

   Mentor Graphics Corporation.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by me are:

   None.

4. The names of all law firms and the partners or associates that appeared for the parties now represented by me in the district court or are expected to appear in this court are:

   Covington & Burling LLP: Robert A. Long, Jr.; Matthew J. Berns; George F. Pappas.

   Banner & Witcoff, Ltd.: Bradley C. Wright; Paul M. Rivard.

   Klarquist Sparkman, LLP: Patrick M. Bible; John D. Vandenberg.


DATED:  October 11, 2013

/s/ Robert A. Long, Jr.
Robert A. Long, Jr.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 662-6000
rlong@cov.com

*Attorney for Plaintiff-Appellant*
*Mentor Graphics Corporation*

Plaintiff-Appellant Mentor Graphics Corporation (Mentor Graphics) respectfully moves for an order holding Appeal No. 13-1669 in abeyance pending a final decision of the U.S. Patent and Trademark Office's Patent Trial and Appeal Board (Board) in the *inter partes* review of Mentor Graphics' Patent 6,240,376 (the '376 patent). Defendants-Appellees Teresa Stanek Rea (the PTO) and Synopsys, Inc. (Synopsys) do not oppose this Motion.

As grounds for this Motion, Mentor Graphics states as follows:

1. In September 2012, Synopsys petitioned the Board for *inter partes* review of the '376 patent.

2. Mentor Graphics opposed the petition on the ground that 35 U.S.C. § 315(b) bars the Board from instituting an *inter partes* review at the request of Synopsys. Section 315(b) provides: "An *inter partes* review may not be instituted if the petition requesting the proceeding is filed more than 1 year after the date on which the petitioner, real party in interest, or privy of the petitioner is served with a complaint alleging infringement of the patent." 35 U.S.C. § 315(b).

3. On February 22, 2013, the Board decided to institute an *inter partes* review over Mentor Graphics' objection.

4. On April 29, 2013, Mentor Graphics filed a complaint in the United States District Court for the Eastern District of Virginia asserting that the Board's

decision to institute the *inter partes* review violated § 315(b) and the Administrative Procedure Act (APA).

5. Synopsys intervened as a defendant, and both the PTO and Synopsys moved to dismiss the complaint. Both defendants argued that: (i) the Board's decision is not "final agency action for which there is no other adequate remedy in a court," 5 U.S.C. § 704, and (ii) Mentor Graphics' action is precluded by 35 U.S.C. § 314(d), which provides that "[t]he determination by the Director whether to institute an inter partes review under this section shall be final and nonappealable."

6. Synopsys argued that § 314(d) precludes any judicial review of the Board's application of § 315(b). The PTO argued that Mentor Graphics could challenge the Board's application of § 315(b) in a direct appeal to the Federal Circuit upon the conclusion of the *inter partes* review if Mentor Graphics is dissatisfied with the Board's final written decision.

7. On July 25, 2013, the district court entered an order granting the motions to dismiss on the first of the two grounds advanced by the defendants.

8. On September 18, 2013, Mentor Graphics noticed its appeal, which this Court docketed as Appeal No. 13-1669.

9. Mentor Graphics anticipates that the Board will issue its final written decision by February 22, 2014. *See* 35 U.S.C. § 316(a)(11) (requiring that a final determination in an *inter partes* review generally be issued not later than one year after the date on which the Director notices the institution of a review). A party dissatisfied with the Board's final written decision has 60 days in which to seek review in this Court. *See* 35 U.S.C. §§ 141–144, 319.

10. Judicial efficiency will be served by holding this appeal in abeyance pending the Board's issuance of a final written decision in the *inter partes* review. If any party is dissatisfied with the Board's final written decision and files an appeal, Mentor Graphics expects to ask the Court to consolidate that appeal with Appeal No. 13-1669. This approach will permit the Court to resolve, in a single round of briefing and a single opinion, Mentor Graphics' challenge to the Board's application of § 315(b), any procedural impediments to reviewing the merits of that action, and any other issues raised on appeal from the Board's final written decision.

11. Pursuant to Federal Circuit Rule 27, Mentor Graphics has requested that the PTO and Synopsys consent to this motion. Neither the PTO nor Synopsys opposes this Motion.

WHEREFORE, Mentor Graphics respectfully requests that the Court issue

an order (1) holding Appeal No. 13-1669 in abeyance pending a final written decision by the Board in the *inter partes* review of the '376 patent; (2) vacating the current briefing schedule; and (3) ordering the parties to submit a statement or statements to govern further proceedings in this Court not less than 30 days after the Board's final written decision.

Dated: October 11, 2013                                    Respectfully submitted,

                                                     /s/ Robert A. Long, Jr.
Robert A. Long, Jr.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 662-6000
rlong@cov.com

*Attorney for Plaintiff-Appellant*
*Mentor Graphics Corporation*

No. 13-1669

# UNITED STATES COURT OF APPEALS
*for the*
# FEDERAL CIRCUIT

_____

MENTOR GRAPHICS CORPORATION, an Oregon corporation,

Plaintiff-Appellant,

v.

TERESA STANEK REA, Acting Director, U.S. Patent and Trademark Office, and Acting Under Secretary of Commerce for Intellectual Property,

Defendant-Appellee,

SYNOPSYS, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 1:13-cv-518, Judge Claude M. Hilton.

**FEDERAL CIRCUIT RULE 27(a)(8) AFFIDAVIT**

Pursuant to 28 U.S.C. § 1746 and Federal Circuit Rule 27(a)(8), I declare under penalty of perjury that the statements in the foregoing Motion are true and correct.

Executed on October 11, 2013 at
Washington, DC

      /s/ Robert A. Long, Jr.
Robert A. Long, Jr.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 662-6000
rlong@cov.com

*Attorney for Plaintiff-Appellant
Mentor Graphics Corporation*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October 2013, a copy of the foregoing Unopposed Motion to Hold the Appeal in Abeyance was filed using the Court's CM/ECF system, which will result in service on the following:

| | |
|---|---|
| David Moskowitz<br>Assistant United States Attorney<br>UNITED STATES DEPARTMENT<br>OF JUSTICE<br>Justin W. Williams U.S. Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>(703) 299-3778<br>David.Moskowitz@usdoj.gov<br><br>*Attorney for Defendant-Appellee Teresa Stanek Rea*<br><br>Peter D. Keisler<br>C. Frederick Beckner III<br>Erika L. Myers<br>SIDLEY AUSTIN LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>(202) 736-8027<br>pkeisler@sidley.com<br>rbeckner@sidley.com<br>erika.myers@sidley.com<br><br>*Attorneys for Defendant-Appellee Synopsys, Inc.* | Indra Neel Chatterjee<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>(650) 614-7400<br>nchatterjee@orrick.com<br><br>Eric Shumsky<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC 20005<br>(202) 339-8464<br>eshumsky@orrick.com<br><br>William H. Wright<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017<br>(213) 612-2499<br>wwright@orrick.com<br><br>*Attorneys for Defendant-Appellee Synopsys, Inc.* |

   /s/ Robert A. Long, Jr.
Robert A. Long, Jr.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 662-6000
rlong@cov.com

*Attorney for Plaintiff-Appellant*
*Mentor Graphics Corporation*