NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MENTOR GRAPHICS CORPORATION,**
*Plaintiff-Appellant,*

v.

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY,**
*Defendant-Appellee,*

AND

**SYNOPSYS, INC.,**
*Defendant-Appellee.*

---

2013-1669

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00518-CMH-TCB, Senior Judge Claude M. Hilton.

---

**ON MOTION**

---

# O R D E R

Pursuant to the court's November 25, 2013 order staying briefing in this appeal pending inter partes reexamination of the patent on appeal by the United States Patent and Trademark Office, Mentor Graphics Corporation ("Mentor") informs the court that in its February 19, 2014 decision, the Board concluded that three claims of the patent-at-issue were unpatentable. Mentor also informs the court that neither party has appealed the Board's decision.

Accordingly,

IT IS ORDERED THAT:

(1) Mentor is directed to inform the court within 14 days of either party appealing the Board's decision or the expiration of the time to appeal the Board's decision, whichever occurs first, as to how this appeal should proceed.

(2) The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26