# UNITED STATES COURT OF APPEALS
*for the*
# FEDERAL CIRCUIT
———————————————

MENTOR GRAPHICS CORPORATION,

                                                        Plaintiff-Appellant,

v.

MICHELLE K. LEE, Deputy Director, U.S. Patent and Trademark Office, and Under Secretary of Commerce for Intellectual Property,

                                                        Defendant-Appellee,

SYNOPSYS, INC.,

                                                        Defendant-Appellee.

———————————————
No. 2013-1669
———————————————

Appeal from the United States District Court for the Eastern District of Virginia in case no. 1:13-cv-518, Judge Claude M. Hilton.

---

SYNOPSYS, INC.,

                                                        Appellant,

v.

MENTOR GRAPHICS CORPORATION,

                                                        Cross-Appellant,

———————————————
Nos. 2014-1516, -1530
———————————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2012-00042.

**UNOPPOSED MOTION TO HOLD NO. 2013-1669 IN ABEYANCE, AND TO UN-COORDINATE THE APPEALS**

# CERTIFICATE OF INTEREST

1. The full name of every party represented by me is:

   Mentor Graphics Corporation.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by me are:

   None.

4. The names of all law firms and the partners or associates that appeared for the parties now represented by me in the district court or are expected to appear in this court are:

   Covington & Burling LLP: Robert A. Long, Jr.; Matthew J. Berns; George F. Pappas.

   Banner & Witcoff, Ltd.: Bradley C. Wright; Paul M. Rivard.

   Klarquist Sparkman, LLP: Patrick M. Bible; John D. Vandenberg.

   O'Melveny & Myers LLP: Mark E. Miller; George Alfred Riley; Michael Sapoznikow.

DATED: July 11, 2014

 /s/ Robert A. Long, Jr.
Robert A. Long, Jr.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 662-6000
rlong@cov.com

*Attorney for*
*Mentor Graphics Corporation*

–1–

Mentor Graphics Corporation (Mentor Graphics), Plaintiff-Appellant in No. 2013-1669 and Appellee/Cross-Appellant in companion cases Nos. 2014-1516 and 2014-1530, moves for an order holding Appeal No. 2013-1669 in abeyance pending this Court's decision in *Versata Development Group, Inc. v. Lee* (No. 2014-1145). Defendants-Appellees in No. 2013-1669, Michelle K. Lee (the PTO) and Synopsys, Inc. (Synopsys), do not oppose this Motion.

As grounds for this Motion, Mentor Graphics states as follows:

1. These companion cases (Nos. 2013-1669, 2014-1516, and 2014-1530) involve the *inter partes* review of Mentor Graphics' Patent 6,240,376 by the PTO.

2. No. 2013-1669 is an appeal from an order of the District Court for the Eastern District of Virginia, which dismissed Mentor Graphics' Administrative Procedure Act (APA) action challenging the PTO's decision to institute the *inter partes* review proceeding. The District Court held that the PTO's decision is not "final agency action for which there is no other adequate remedy in a court," 5 U.S.C. § 704, and therefore is not subject to review under the APA.

3. Nos. 2014-1516 and -1530 are cross-appeals by Synopsys and Mentor Graphics from the PTO's final determination in the *inter partes* review.

4. On June 20, 2014, the Court issued an order designating Nos. 2013-1669, 2014-1516, and 2014-1530 as companion cases and directing the appellant in each case to file its opening brief by August 4, 2014.

5. Another case pending before this Court, *Versata Development Group, Inc. v. Lee* (No. 2014-1145), presents substantially the same issue as No. 2013-1669: whether the PTO's decision to institute a post-grant review proceeding is final agency action subject to review in the District Court under the APA. *Compare* 35 U.S.C. § 214(d) ("The determination by the Director whether to institute an inter partes review under this section shall be final and nonappealable."), *with* 35 U.S.C. § 324(d) ("The determination by the Director whether to institute a post-grant review under this section shall be final and nonappealable.").

6. Briefing in the *Versata* case was completed on May 15, 2014. Therefore, the Court is likely to address the issue presented in No. 2013-1669 in the *Versata* case before No. 2013-1669 is decided.

7. Holding No. 2013-1669 in abeyance pending the Court's decision in the *Versata* case would conserve judicial resources by making it unnecessary for two separate panels to consider substantially the same issue. In addition, holding No. 2013-1669 in abeyance would conserve the resources of the public and private parties to No. 2013-1669 by making it unnecessary for them to brief and argue an issue that is likely to be addressed in a different case that is already fully briefed.

8. The reasons for holding No. 2013-1669 in abeyance do not apply to companion cases Nos. 2014-1516 and -1530, which do not present the issue of

whether the PTO's decision to institute a review proceeding is subject to review in the District Court. Holding No. 2013-1669 in abeyance therefore will not delay resolution of the companion cases and would further conserve the resources of the Court and the parties because a decision favorable to Mentor Graphics in Nos. 2014-1516 and -1530 could render moot No. 2013-1669.

9. Pursuant to Federal Circuit Rule 27, Mentor Graphics has sought the views of the PTO and Synopsys on this motion. Neither the PTO nor Synopsys opposes this Motion.

WHEREFORE, Mentor Graphics respectfully requests that the Court issue an order (1) holding No. 2013-1669 in abeyance pending this Court's decision in *Versata Development Group, Inc. v. Lee*, No. 2014-1145; (2) vacating the current briefing schedule for No. 2013-1669; and (3) disassociating No. 2013-1669 from companion cases Nos. 2014-1516 and -1530.

Dated: July 11, 2014                                Respectfully submitted,

                                                      /s/ Robert A. Long, Jr.
                                                      Robert A. Long, Jr.
                                                      COVINGTON & BURLING LLP
                                                      1201 Pennsylvania Avenue NW
                                                      Washington, D.C. 20004
                                                      (202) 662-6000
                                                      rlong@cov.com

                                                      *Attorney for*
                                                      *Mentor Graphics Corporation*

# UNITED STATES COURT OF APPEALS
*for the*
# FEDERAL CIRCUIT
―――――――――――――――――

MENTOR GRAPHICS CORPORATION,

                                              Plaintiff-Appellant,

v.

MICHELLE K. LEE, Deputy Director, U.S. Patent and Trademark Office, and Under Secretary of Commerce for Intellectual Property,

                                              Defendant-Appellee,

SYNOPSYS, INC.,

                                              Defendant-Appellee.

―――――――――――――――――
No. 2013-1669
―――――――――――――――――

Appeal from the United States District Court for the Eastern District of Virginia in case no. 1:13-cv-518, Judge Claude M. Hilton.

SYNOPSYS, INC.,

                                              Appellant,

v.

MENTOR GRAPHICS CORPORATION,

                                              Cross-Appellant,

―――――――――――――――――
Nos. 2014-1516, -1530
―――――――――――――――――

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2012-00042.

**FEDERAL CIRCUIT RULE 27(a)(8) AFFIDAVIT**

Pursuant to 28 U.S.C. § 1746 and Federal Circuit Rule 27(a)(8), I declare under penalty of perjury that the statements in the foregoing Motion are true and correct.

Executed on July 11, 2014 at
Washington, DC

/s/ Robert A. Long, Jr.
Robert A. Long, Jr.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 662-6000
rlong@cov.com

*Attorney for*
*Mentor Graphics Corporation*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of July 2014, a copy of the foregoing Unopposed Motion to Hold No. 2013-1669 in Abeyance was filed using the Court's CM/ECF system, which will result in service on the following:

David Moskowitz
Assistant United States Attorney
UNITED STATES DEPARTMENT
OF JUSTICE
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3778
David.Moskowitz@usdoj.gov

*Attorney for Defendant-Appellee Teresa Stanek Rea*

Peter D. Keisler
C. Frederick Beckner III
Erika L. Myers
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8027
pkeisler@sidley.com
rbeckner@sidley.com
erika.myers@sidley.com

*Attorneys for Defendant-Appellee Synopsys, Inc.*

Indra Neel Chatterjee
Travis Jensen
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400
nchatterjee@orrick.com
tjensen@orrick.com

Eric Shumsky
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
(202) 339-8464
eshumsky@orrick.com

William H. Wright
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
(213) 612-2499
wwright@orrick.com

*Attorneys for Defendant-Appellee Synopsys, Inc.*

George Laszlo Kanabe
ORRICK, HERRINGTON &
SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
(415) 773-4258
gkanabe@orrick.com

Andrew D. Silverman
ORRICK, HERRINGTON &
SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
(212) 506-5151
asilverman@orrick.com

*Attorneys for Defendant-Appellee
Synopsys, Inc.*

   /s/ Robert A. Long, Jr.
Robert A. Long, Jr.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 662-6000
rlong@cov.com

*Attorney for Plaintiff-Appellant
Mentor Graphics Corporation*