NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MENTOR GRAPHICS CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY,**
*Defendant-Appellee,*

AND

**SYNOPSYS, INC.,**
*Defendant-Appellee.*

———————————

2013-1669

———————————

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00518-CMH-TCB, Senior Judge Claude M. Hilton.

-----------------------------------------------------------------

**SYNOPSYS, INC.,**
*Appellant,*

**v.**

## MENTOR GRAPHICS CORPORATION,
*Cross-Appellant.*

————————————

2014-1516, -1530

————————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2012-00042.

————————————

## ON MOTION

————————————

Before BRYSON, *Circuit Judge.*

## O R D E R

Mentor Graphics Corp. moves without opposition to stay Appeal No. 2013-1669 pending this court's final disposition in *Versata Development Group, Inc. v. Lee*, Appeal No. 2014-1145. Mentor Graphics also moves for an extension of time to file its opening brief if its motion to stay is not granted.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay is granted. Appeal No. 2013-1669 is stayed. The parties are directed to inform this court within 14 days of this court's final disposition in *Versata Development Group, Inc. v. Lee*, Appeal No. 2014-1145, how this appeal should proceed.

(2) Appeal No. 2013-1669 shall not be considered a companion case to Appeal Nos. 2014-1516, -1530. Appeal Nos. 2014-1516, -1530 shall continue according to their current briefing schedule.

MENTOR GRAPHICS CORPORATION v. LEE                    3

(3) The motion for an extension of time in Appeal No. 2013-1669 is denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30